NANCY CHAMPAGNE *v.* HENRY A. DEMING ET AL.

The motion by the plaintiff for permission to file an appendix to her brief in the appeal from the Superior Court in Hartford County is denied.

*Waldemar J. Lach,* in support of the motion.

Submitted December 20—decided December 22, 1971

RUDOLPH G. BERG ET AL. *v.* ZONING COMMISSION OF THE TOWN OF GROTON ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in New London County is denied.

*John Rose, Jr.,* for the appellees (defendants Albert E. Clack and Howard Falk).

*James T. Haviland II,* for the appellee (named defendant).

*Sidney Axelrod,* for the appellants (plaintiffs).

Argued January 4—decided January 4, 1972

ROBERT N. JETMORE *v.* CITY OF NEW LONDON ET AL.

The motion by Melvin Scott to withdraw his appearance for the plaintiff in the appeal from the Court of Common Pleas in New London County is granted.

*Melvin Scott,* pro se, on the motion.